### 1219.   PATTERSON v. THE STATE.

POWELL, J. The evidence is not insufficient to support the verdict. The exceptions to the charge of the court are not meritorious.

*Judgment affirmed.*

Indictment for assault with intent to rape, from Franklin superior court—Judge Brand. April 21, 1908.

Submitted June 30,—Decided July 8, 1908.

*A. G. & Julian McCurry,* for plaintiff in error.

*S. J. Tribble, solicitor-general,* contra.